PENNSYLVANIA *v.* JOHN OLIPHANT and ANDREW
OLIPHANT.

INDICTMENT for a nuifance in obftructing a
water-courfe, fo as to overflow an high way.

The obftruction was a dam for a forge. It did not
appear, that the road had ever been laid out by any
authority.

*Young,* for the defendants, objected to going into any
evidence, until a copy of the order of the court of Quar-
ter Seffions, confirming the road, fhould be produced.

*Galbraith,* for the ftate, gave up the profecution, and
affented to a verdict of acquittal.